# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:23-mj-65-WCM |
| | ) | |
| | ) | |
| | ) | |
| Lorenzo PACHECO-Ramos | ) | |
| *Defendant(s)* | | |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 5, 2023 in the county of Jackson in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Re-Entry of Removed Alien After Deportation |

This criminal complaint is based on these facts:
See Affidavit for Complaint

☒ Continued on the attached sheet.

/s/ Richard Sean Walton
*Complainant's signature*

Richard Sean Walton, Special Agent
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: December 6, 2023

W. Carleton Metcalf
United States Magistrate Judge

Date: 12/06/2023

City and state: Asheville, NC

W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*