# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

# AFFIDAVIT

1. I, Richard S Walton, Special Agent, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, United States Department of Homeland Security, being duly sworn, state the following:

2. That your affiant is a graduate of the Federal Law Enforcement Training Center (FLETC) and has been employed as a federal officer of Homeland Security Investigations, Immigration and Customs Enforcement (ICE), for over 17 years during which time I have conducted numerous investigations relating to administrative and criminal violations of the Immigration & Nationality Act (INA);

3. That the information contained in this affidavit is based on your affiant's personal participation in this investigation and from information provided to your affiant by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause to support the arrest of Lorenzo PACHECO-Ramos, I have not included each and every fact known to me concerning this investigation and have set forth only those facts that I believe are necessary for said purpose;

4. That there is probable cause to believe that Lorenzo PACHECO-Ramos [hereafter referred to as PACHECO] has committed an offense in violation of Title 8, United States Code, Section 1326(a) involving the reentry into the United States of an alien who was previously arrested and deported from the United States. PACHECO did not obtain the consent of the Attorney General of the United States prior to March 1, 2003 or the Secretary of the Department of Homeland Security after February 28, 2003 to reapply for admission to the United States after said deportation;

5. That on December 5, 2023, your affiant and encountered PACHECO at 1528 Roaming Rd, Glenville, NC, at a construction site;

6. That in October 2023, PACHECO's biographical information was queried through the Law Enforcement Support Center (LESC) who determined the name and date of birth, February 6, 1995, had been assigned FBI number A6PMJCLN6.  NCIC record for that FBI number, as well as checks of other law enforcement indices revealed that PACHECO was previously deported from the United States under immigration file number A 208 749 356, photographs of PACHECO were provided with this record;

7. That your affiant reviewed a copy of immigration file number A 208 749 356 relating to PACHECO and discovered the following:

a. that his true name is Lorenzo PACHECO-Ramos;
    b. that PACHECO was born February 6, 1995 in Mexico;
    c. that PACHECO is a native of Mexico and a citizen of Mexico;
    d. that PACHECO illegally entered the United States at or near an unknown place on or about an unknown date;
    e. that PACHECO was ordered removed from the United States to the country of Mexico in 2015, 2016, and 2017;
    f. that PACHECO was formally removed from the United States on December 31, 2015, from the United States to the country of Mexico on foot at the Brownsville, Texas port of entry and advised that he could not enter, attempt to enter, or be found in the United States without the express consent of the Attorney General;
    g. that PACHECO illegally reentered the United States at or near Unknown Place on or about Unknown Date;
    h. that PACHECO was formally removed from the United States on February 23, 2016, from the United States to the country of Mexico on foot at the Hidalgo, Texas port of entry and advised that he could not enter, attempt to enter, or be found in the United States without the express consent of the Attorney General;
    i. that PACHECO illegally reentered the United States at or near Unknown Place on or about Unknown Date;
    j. that PACHECO was formally removed from the United States on July 4, 2017, from the United States to the country of Mexico on foot at the El Paso, Texas port of entry and advised that he could not enter, attempt to enter, or be found in the United States without the express consent of the Attorney General;

8. That on December 4, 2023, ICE officers conducted extensive automated record checks of immigration indices and was unable to locate a record(s) that PACHECO was granted permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States after deportation/removal;

9. That there is probable cause to believe that Lorenzo PACHECO-Ramos, having been found in the United States on or about December 5, 2023, after in fact being previously arrested and removed from the United States, and having entered the United States without obtaining permission from the Attorney General of the United States or the designated Secretary of the Department of Homeland Security to reapply for admission into the United States, there is probable cause to believe that Lorenzo PACHECO-Ramos is in the United States in violation of Title 8, of the United States Code, Section 1326(a);

10. Based on the above information your affiant respectfully requests a warrant for the arrest of Lorenzo PACHECO-Ramos.

    Further your affiant sayeth not.

<u>*Richard Sean Walton*</u>

Richard Sean Walton
Special Agent
Homeland Security Investigations
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

*This affidavit has been reviewed by AUSA John D. Pritchard.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 6th day of December 2023 at 3:19 PM.

W. Carleton Metcalf
United States Magistrate Judge

Signed: December 6, 2023