IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-mj-00065-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LORENZO PACHECO-RAMOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Government's Motion to Dismiss the Complaint (the "Motion," Doc. 11), which requests that the Criminal Complaint (Doc. 1) filed in this case be dismissed without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Motion reports that counsel for Defendant does not object.

**IT IS THEREFORE ORDERED THAT** the Government's Motion to Dismiss the Complaint (Doc. 11) is **GRANTED**, and the Criminal Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

Signed: January 8, 2024

W. Carleton Metcalf
United States Magistrate Judge